In the Matter of the Accounting of New York Life Insurance and Trust Company, as Executor, etc., of Edwin C. Philbrick, Deceased, Respondent, for the Proceedings of Said Edwin C. Philbrick, as Substituted Trustee of the Trust Created by the Last Will and Testament of Adolph Hallgarten, Deceased, for the Benefit of Alice Franchetti and Remaindermen. Eleanor von Koppenfels, Appellant; Leopold Franchetti and Paul M. Warburg, as Ancillary Executor, etc., Respondents. — Decree affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Greater New York Film Rental Company, Appellant, v. Motion Picture Patents Company and Others, Respondents.   (3 cases.) — In each case order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.